**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Luke Sironski-White (State Bar No. 348441)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Boulevard, 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
         lsironski@bursor.com
         idiaz@bursor.com

**SINDERBRAND LAW GROUP, P.C.**
Greg Sinderbrand (State Bar No. 179586)
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Telephone: (818) 370-3912
E-mail: greg@sinderbrandlaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL SCOTT, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ZENWISE LLC, <br> Defendant. | Case No. 2:24-cv-4673-FLA(Ex) <br><br> **JOINT REQUEST TO APPEAR REMOTELY AT HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** <br><br> Date: December 6, 2024 <br> Time: 1:30 p.m. <br> Courtroom: 6B |

JOINT REQUEST TO APPEAR REMOTELY AT HEARING
CASE NO. 2:24-CV-04673-FLA(EX)

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's Civil Standing Order, Section V.E., Plaintiff Carol Scott and Defendant Zenwise LLC hereby respectfully request to appear remotely at the hearing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint set for December 6, 2024 at 1:30 pm.

Attending the hearing in person would pose an undue burden because it would lead to unnecessary travel and expense. Specifically, Plaintiff's counsel will be traveling from California to Florida to spend the Thanksgiving holiday with family. Plaintiff's counsel also plans to remain in Florida to attend Bursor & Fisher, P.A.'s end-of-year, firm-wide meeting, starting December 11, 2024 to December 13, 2024 in Florida. Because the firm event will occur in Florida, this will require Plaintiff's counsel to travel from Florida back to California to attend the December 6, 2024 hearing in California, and then travel back to Florida to attend the mandatory firm event December 11, 2024—creating additional travel and expenses.

Defendant's counsel is located in Arizona and would also need to travel to attend the hearing in person. None of the parties will be prejudiced by appearing remotely rather than in-person.

A declaration showing good cause is attached hereto.

Dated: November 27, 2024    **BURSOR & FISHER, P.A**.

By:  */s/ Ines Diaz Villafana*
　　　Ines Diaz Villafana

L. Timothy Fisher (State Bar No. 191626)
Luke Sironski-White (State Bar No. 348441)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Boulevard, 9th Floor
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ltfisher@bursor.com

lsironski@bursor.com
idiaz@bursor.com

**SINDERBRAND LAW GROUP, PC**
Gregory Marc Sinderbrand (State Bar No. 179586)
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Telephone: (818) 370-3912
Email: greg@sinderbrandlaw.com

*Attorneys for Plaintiff*

Dated:  November 27, 2024     **GREENBERG TRAURIG, LLP**

By:   */s/ Peter A. Arhangelsky*
            Peter A. Arhangelsky

Peter A. Arhangelsky, Esq. (State Bar No.29135)
2375 E. Camelback Rd., Suite 800
Phoenix, AZ 85016
Telephone: (602) 44-8017
Email: Peter.Arhangelsky@gtlaw.com

*Attorneys for Defendant*

**<u>ATTESTATION OF ELECTRONIC SIGNATURE</u>**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer of this document attests that all signatories have concurred in its filing.

By:   */s/ Ines Diaz Villafana*

---

JOINT REQUEST TO APPEAR REMOTELY AT HEARING                    2
CASE NO. 2:24-CV-04673-FLA(EX)