|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |
| 5   |     |     |
| 6   |     |     |
| 7   |     |     |
| 8   |     |     |
| 9   |     |     |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL SCOTT, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br>  v.<br>ZENWISE LLC,<br><br>                          Defendant. | Case No. 2:24-cv-4673-FLA(Ex)<br><br>Hon. Charles F. Eick<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

FOR GOOD CAUSE SHOWN, THE STIPULATED PROTECTIVE ORDER IS GRANTED AND IT IS SO ORDERED.

DATED: January 7, 2025

_____
Honorable Charles F. Eick
United States Magistrate Judge