**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Luke Sironski-White (State Bar No. 348441)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Boulevard, 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
       lsironski@bursor.com
       idiaz@bursor.com

**SINDERBRAND LAW GROUP, PC**
Gregory Marc Sinderbrand (State Bar No. 179586)
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Telephone: (818) 370-3912
Email: greg@sinderbrandlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL SCOTT, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZENWISE, LLC<br><br>Defendant. | Case No. 2:24-cv-4673-FLA(Ex)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Hon. Fernando Aenlle-Rocha |

**TO THE COURT, THE CLERK, AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the Parties have reached a tentative settlement in the above-captioned matter and are in the process of documenting the agreement. It is anticipated that a request for dismissal of this action will be filed in the near future. The Parties respectfully request that the Court not issue any rulings in the interim.

Dated: May 8, 2025              Respectfully submitted,

**BURSOR & FISHER, P.A**.

By:  */s/ L. Timothy Fisher*
         L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Luke Sironski-White (State Bar No. 348441)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Boulevard, 9th Floor
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ltfisher@bursor.com
           lsironski@bursor.com
           idiaz@bursor.com

**SINDERBRAND LAW GROUP, PC**
Gregory Marc Sinderbrand (State Bar No. 179586)
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Telephone: (818) 370-3912
Email: greg@sinderbrandlaw.com

*Attorneys for Plaintiff*

Dated: May 8, 2025              **GREENBERG TRAURIG, LLP**

By:  */s/ Peter A. Arhangelsky*
         Peter A. Arhangelsky

Peter A. Arhangelsky (State Bar No. 291325)
Peter.Arhangelsky@gtlaw.com
2375 E. Camelback Rd.
Suite 800
Phoenix, AZ 85016
Ph: (602) 445-8017
*Attorney for Defendant Zenwise, LLC*

## **ATTESTATION**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

           */s/ L. Timothy Fisher*
              L. Timothy Fisher